**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **P.O., a minor, et al.,** )<br>)<br>     **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ST. CHARLES BORROMEO** )<br>**CATHOLIC CHURCH OF** )<br>**OKLAHOMA CITY, INC., d/b/a** )<br>**ST. CHARLES BORROMEO** )<br>**CATHOLIC SCHOOL, et al.,** )<br>)<br>     **Defendants.** ) | **Case No. CIV-26-408-G** |

## ORDER

On March 4, 2026, Plaintiffs, through their counsel, electronically filed this civil case. As of June 4, 2026, Plaintiffs had not paid the $405.00 filing fee or contacted the Court regarding this payment. The Court therefore ordered that Plaintiffs must either pay the required filing fee or show good cause for their failure to do so within seven days. Order of June 4, 2026 (Doc. No. 2). Plaintiffs were advised: "Absent payment of the filing fee or a showing of good cause, this action may be dismissed without prejudice." *Id.* at 1.

Unless an initiating party intends to proceed *in forma pauperis*, "filing fees must paid in full within 3 business days of filing a civil action, suit, or proceeding, or the matter may be subject to dismissal without prejudice." LCvR 3.2. As of this date, Plaintiffs have not submitted the required filing fee, shown good cause for their failure to do so, or otherwise been in contact with the Court. Plaintiffs have had "ample time" to ensure compliance but has instead chosen to disregard the Court's Order. *Soeken v. Estep*, 270 F.

App'x 734, 736 (10th Cir. 2008).  Further, "[a] district court possesses broad discretion in determining whether to dismiss a petition without prejudice for failing to comply with court orders."  *Id.* at 735-36; *see also Thornton v. Estep*, 209 F. App'x 755, 756-57 (10th Cir. 2006); *Adams v. Wiley*, 298 F. App'x 767, 768-69 (10th Cir. 2008).

Accordingly, dismissal of this matter is warranted.

CONCLUSION

For the foregoing reasons, the Complaint (Doc. No. 1) in this matter is DISMISSED without prejudice.  A separate judgment shall be entered.

IT IS SO ORDERED this 6th day of July, 2026.

CHARLES B. GOODWIN
United States District Judge